■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL GENYARD, Appellant. [51 NYS3d 422]—Application by the appellant dated July 5, 2016, for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 31, 2011 (*People v Genyard*, 84 AD3d 1398 [2011]), affirming a judgment of the Supreme Court, Queens County, rendered September 17, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*,

463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Sgroi, Cohen and Miller, JJ., concur.